## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amerifleet Transportation, Inc., et al.

           Plaintiffs,           Civil 10-01700 (PAM/TNL)

v.

                                          **ORDER OF DISMISSAL**

Lexington Insurance Company, et al.

           Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August   22  , 2011

                                              *s/Paul A. Magnuson*
                                              Paul A. Magnuson, Judge
                                              United States District Court